# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00672-CV

**In re Banner Life Insurance Company**

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

## M E M O R A N D U M   O P I N I O N

Relator's petition for writ of mandamus is denied and the stay imposed by this Court's order is lifted. *See* Tex. R. App. P. 52.8(a), 52.10(b).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Field

Filed: December 19, 2013